Name: Josette R Auguiste
Address: 3040 W Diamond Blvd, Anchorage AK 99502 #35
Telephone number: 907-538-7820

RECEIVED
AUG 08 2016
Clerk, U.S. District Court
Anchorage, A.K.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Josette R Auguiste,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Providence Alaska Medical, 3200 Providence DR, Anchorage AK 99508,

(Enter full names of defendant(s) named on EEOC final decision. Do NOT use *et al.*)

Defendant(s).

Case No. 3:16-CV-00171-TMB
(To be supplied by Court)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

## 1. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

## 2. PARTIES

    a.    Name of plaintiff: _____

           Present mailing address: _____

           _____

           Phone: _____

    b.    Name of first defendant: _____

           Present mailing address or business location: _____

           _____

           Phone: _____

    c.    Name of second defendant: _____

           Present mailing address or business location: _____

           _____

           Phone: _____

    d.    Name of third defendant: _____

           Present mailing address or business location: _____

           _____

           Phone: _____

(Copy this blank page for additional defendants, if necessary, and label it 2A.)

## 3. NATURE OF CASE

    a.    The address at which I sought employment or was employed by the defendant(s) is: _____

_____

b. The discriminatory acts occurred on or about  Feb/11/2015
(month/day/year)

c. The acts complained of in this suit concern:

 i. \_\_\_\_\_ Failure to employ me

 ii. ✓ Termination of my employment

 iii. \_\_\_\_\_ Failure to promote me

 iv. \_\_\_\_\_ Demotion

 v. \_\_\_\_\_ Denial equal pay/work

 vi. \_\_\_\_\_ Sexual harassment

 vii. ✓ General harassment

 viii. \_\_\_\_\_ Other (Be specific; attach additional sheet if necessary):
 malicious and false police report & Trespass, Denial of meds and releasing my Blood work illegally

d. Defendant's conduct is discriminatory with respect to the following:

 i. \_\_\_\_\_ My race or color

 ii. \_\_\_\_\_ My religion

 iii. \_\_\_\_\_ My sex

 iv. \_\_\_\_\_ My national origin

 v. Other: _____

e. I filed a complaint with the Alaska State Commission for Human Rights

 on or about: \_\_\_\_\_ / \_\_\_\_\_ / \_\_\_\_\_ (month/day/year)

f. I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about: ~~July 18~~ 5/19/2016 (month/day/year)

g. The EEOC sent a **"Notice of Right to Sue"*** which I received on or about: 7/23/16 (month/day/year). ***Please attach notice.***

The notice is attached to this complaint. ✓ Yes ___ No

If not, why not:_____

_____

h. I believe that the defendant(s) is/are still committing these acts against me: ✓ Yes ___ No

## 4. CAUSE OF ACTION

I allege that the defendant has discriminated against me as follows:

a. Count 1:_____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):

malicious report to Anchorage police department, releasing of my medical Blood work, Denial of picking up my meds for my eye.

I was not even on the property when the police report was made.

b. Count 2: _____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):

I gave up my position Due to the fact that my manager refuse to mediate the working enviroment dispite my complain often to quit also send my Blood report in the mail which was stock on my Poor at home open. and They gave me a Trespass which Ended my medical career. They were caught By their superior.

## 5. INJURY

How have you been injured by the actions of the defendant(s)?

Because of the Trespass I could not call or transfer my med to another pharmacy which I needed badly because of my lasik surgery.

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Personal Damages pain & suffering, false police report ended my career. The so called trespass was given to me illegally.

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

Josette Auguste (Signature)    7-10-16 (Date)

PS05 (6/04)          Page 6 of 6

Case 3:16-cv-00171-TMB   Document 1   Filed 08/08/16   Page 6 of 6