Name **Josette Auguiste**
Mailing address **3640 W Diamond Blvd #35**
City, State, Zip **Anchorage Alaska 99502**
Telephone **907-538-7820**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

**Josette Auguiste**,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

**Providence Alaska**,

**Sam Sameth**,

**Laura Burger, Catherine Robinson**
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. **3:16-CV-00171-TMB**
(To be supplied by Court)

**AMENDED**
**COMPLAINT UNDER**
**THE CIVIL RIGHTS ACT**
**42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **Josette Auguiste**
(print your name)

who presently resides at **3640 W Diamond Blvd #35 99502**
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Catherine Robinson__ is a citizen of
(name)
__Alaska__, and is employed as a __providence Alaska HR Recruiter__.
(state)                                  (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Laura Burger__ is a citizen of
(name)
__Alaska__, and is employed as a __Supervisor of SPD__.
(state)                                  (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Sam Sameth__ is a citizen of
(name)
__Anchorage__, and is employed as a __Supervisor of SPD__.
(state)                                  (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5," etc.").

Claim 1: On or about **Feb 11-2015** (Date), my civil right to **due process** (due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.) was violated by **Laura Burger, Supervisor** (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I call Laura on Feb 11-2015 at about 7:30 Am to discuss a violation with her, in the process of the conversation she said HR wants to talk to me and I ask why," her reply you will know find out. since you always say we are unfair to you, I really wasn't worried since I know I didn't do any thing wrong. I reported to her her own lead Surell morales open an secure area for some-one he didn't know since he said he was never to refer him to security. when I got to the office Sam, Laura, and catherine had me seated and within less than 5 minutes I was told I was insubordinate I try to explaine what happen and catherine said no more explanation, you are suspended for 3 Days. So she said that I told her I rather give up my position instead of being punish for doing what is write right. she quickly said " you are fired, you are terminated this is your resignation, I ask her I am not suppose to give you 2 week notice she said not in this case she voiced it. Sam Sametth run out of the Room

Claim 2: On or about <u>Feb 11-2015</u>, my civil right to
<u>due process</u>
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by <u>Sam Sameth.</u>
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Sam ask me to take care of a stat for him since it was still washing in the machine. I told the opportunity to make some Bumps. after that I stop to do the stat instrument. Document it in the Data Base and hand it over to Botaire yaTuc to sterilize them. so after sam ask me to do cleaning, I should him on the list that I did it already. he said ok, what he did next is what violated my Rights, he wrote a report and turn it to laura Bruyn stating that he ask me to do something and I refuse. I found out During the Feb 11 2015 meeting that what transpired. and he was saying when I ask you to do something you have to do it. all the infor of our work is documented and he knew I did it because I sign the paper in his present infact he Brought the paper for me to sign. when catherine Robinson said I am fired he Run out of the Run so fast I never saw him again that morning and the other never made an attempt to fine him. he run and hide

Claim 3: On or about **Feb 11 2015** (Date), my civil right to **Due Process**.

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Catherine Robinson**.
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

After the meeting, Catherine Escot me to the locker Room and Laura too. She ask me to I need a Taxi pass I said no, Don't worry about me I am fine, worry about your self. While undressing the Turn their Back to give me privacy. I shook Laura hand and with her well her face was red and her face looking down on the floor, couldn't look at me. I left, saying Bye to every one I meet along the way. Next Day Feb 12th 2015 Catherine call wanting me to lied about my last Day of work, saying tell Unemployement my last Day of work was the 2nd of Feb 2015 I told her this is forgery I not doing that. She hang up and 2 hours later she call back from the Ext. I said hello catherine, This is not catherine This is the Anchorage Police Department. I need to read you your Rights, Don't call no one in the Building you are not allow on the grounds, I said that where I pick up my meds and and quel Did my Blood work. Send Someone for it and my Blood work was mailed to me and a Trespass followed a letter... with a false police report in place. Could not pick up my meds for my eyes.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $950,000

2. Punitive damages in the amount of $ 580,000

3. An order requiring defendant(s) to  be held responsible FOR their actions

4. A declaration that criminal activity took place.

5. Other: _____

Plaintiff demands a trial by jury. ___✓___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at  Anchorage  on  10-16-16
              (Location)                 (Date)

_Joseette Auguste_
(Plaintiff's Original Signature)

_____    _____
Original Signature of Attorney (if any)     (Date)

_____
_____

Attorney's Address and Telephone Number